FILED
JUN 23 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

SEALED

FILED
May 25 2021
1:15 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '21 CR1559 H |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(A)(i) and (a)(1)(B)(i) - Conspiracy to Launder Money; Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of a Firearm; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1), Title 28, U.S.C., Sec. 2461(c), and Title 18, U.S.C., Sec. 982(a)(1) - Criminal Forfeiture |
| REYES ESPINOZA (1), | |
| DAVID VILLEGAS (2), | |
| JOHN BOMENKA (3), | |
| DENNIS JONES (4), | |
| DARREN MOSIER (5), | |
| FRANK TUCKER (6), | |
| CHARLES MILLER (7), | |
| ▇▇▇▇ (8), | |
| MARIO ESPINOZA (9), | |
| JARON HILLYER (10), | |
| KRISTINA BROWN (11), | |
| DANNY MILLER (12), | |
| SHAWN MORRILL (13), | |
| ▇▇▇▇ (14), | |
| ▇▇▇▇ (15), | |
| CAMERON GRAFF (16), | |
| ▇▇▇▇ (17), | |
| TANSY STEINHAUER (18), | |
| ▇▇▇▇ (19), | |
| ▇▇▇▇ (20), | |
| JASMINE LUCAS (21), | |
| ▇▇▇▇ (22), | |
| ▇▇▇▇ (23), | |
| ▇▇▇▇ (24), | |
| FRANK CARRILLO (25), | |
| ▇▇▇▇ (26), | |
| GLORIA SANDOVAL (27), | |
| ▇▇▇▇ (28), | |
| JOSEPH OCCHIOGROSSO (29), | |
| GARY BEASLEY (30), | |
| ▇▇▇▇ (31), | |
| ▇▇▇▇ (32), | |
| ▇▇▇▇ (33), | |
| ▇▇▇▇ (34), | |

MJS:nlv(1):San Diego:5/25/21

```
 1                            (35),
    TERRY TYLER (36),
 2                     (37),
    CHRIS PASCHKE (38),
 3  CHARLES GERARDI (39),
    CHRISTIAN LOPEZ-VILLEGAS (40),
 4  DAVID SANTA MARIA (41),
    MELVIN JOHNSON (42),
 5  DANIEL BABUATA (43),
                         (44),
 6              (45),
                (46),
 7                 (47),
    GABRIEL ASKAY (48),
 8                  (49),
                    (50),
 9                  (51),
    HOPE STONEKING (52),
10                  (53),
                    (54),
11  KELLE FERGUSON (55),
                    (56),
12  STEVEN BRANDT (57),
    ESTEBAN RUBEN GASTELUM-SANCHEZ (58),
13                  (59),
                    (60),
14
                Defendants.
15
```

16   The grand jury charges:

17                              Count 1

18   Beginning on a date unknown to the grand jury and continuing up to
19   and including the date of this Indictment, within the Southern District
20   of California and elsewhere, defendants REYES ESPINOZA, DAVID VILLEGAS,
21   JOHN BOMENKA, DENNIS JONES, DARREN MOSIER, FRANK TUCKER, CHARLES MILLER,
22                   MARIO ESPINOZA, JARON HILLYER, KRISTINA BROWN, DANNY
23   MILLER, SHAWN MORRILL,                        , CAMERON GRAFF,
24        , TANSY STEINHAUER,                  , JASMINE LUCAS,
25                 , FRANK CARRILLO, GLORIA SANDOVAL,                , JOSEPH
26   OCCHIOGROSSO, GARY BEASLEY,                              , TERRY
27   TYLER,                  , CHRIS PASCHKE, CHRISTIAN LOPEZ-VILLEGAS, DAVID
28   SANTA MARIA, MELVIN JOHNSON, DANIEL BABUATA,                    ,

                                    2

1 ███████, ███████, GABRIEL ASKAY, ███████, ███████,
2 ███ ███████, HOPE STONEKING, ███████ ███ ████ ██████, KELLE
3 FERGUSON, ███████████, STEVEN BRANDT, ESTEBAN RUBEN GASTELUM-SANCHEZ,
4 ███ ██████, and ████ ██████, did knowingly and intentionally
5 conspire together and with each other and with other persons known and
6 unknown to the grand jury, to distribute 50 grams and more of
7 methamphetamine (actual), a Schedule II Controlled Substance; in
8 violation of Title 21, United States Code, Sections 841(a)(1) and 846.

                              Count 2

10      Beginning on a date unknown to the grand jury and continuing to the
11 date of this Indictment, within the Southern District of California and
12 elsewhere, defendants REYES ESPINOZA, DAVID VILLEGAS, JOHN BOMENKA,
13 DENNIS JONES, DARREN MOSIER, and CHRISTIAN LOPEZ-VILLEGAS, did knowingly
14 and intentionally conspire together and with each other and with other
15 persons known and unknown to the grand jury, to conduct and attempt to
16 conduct financial transactions affecting interstate commerce, which
17 transactions involved the proceeds of specified unlawful activity, that
18 is, the felonious distribution of controlled substances punishable under
19 Title 21, United States Code, Chapter 13,

20    a.   with the intent to promote the carrying on of such specified
21        unlawful activity in violation of Title 18, United States
22        Code, Section 1956(a)(1)(A)(i); and
23    b.   knowing that the transaction was designed in whole and in part
24        to conceal and disguise the nature, location, source,
25        ownership, and control of the proceeds of said specified
26        unlawful activity, and while conducting and attempting to
27        conduct such financial transactions knew the property involved
28        in the financial transaction represented the proceeds of some

1  form of unlawful activity, in violation of Title 18, United
2  States Code, Section 1956(a)(1)(B)(i).
3  All in violation of Title 18, United States Code, Section 1956(h).

### Count 3

On or about August 14, 2020, within the Southern District of California, defendant JOHN BOMENKA, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: 12 gauge Mossberg shotgun; in violation of Title 18, United States Code, Section 922(g)(1).

### Count 4

On or about September 16, 2020, within the Southern District of California, defendants DAVID VILLEGAS, DANNY MILLER, and ▆▆▆▆ did knowingly and intentionally possess with intent to distribute, approximately 4,297 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 5

On or about September 24, 2020, within the Southern District of California, defendants DARREN MOSIER, ▆▆▆▆, and ▆▆▆▆, did knowingly and intentionally possess with intent to distribute, approximately 2,150 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//
//
//

## Count 6

On or about October 1, 2020, within the Southern District of California, defendants DAVID VILLEGAS, FRANK CARRILLO, and ███ ███ did knowingly and intentionally possess with intent to distribute, approximately 2,054 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 7

On or about November 16, 2020, within the Southern District of California, defendants CHARLES MILLER, ███ ███, ███ ███, and ███, did knowingly and intentionally possess with intent to distribute, approximately 448 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 8

On or about November 19, 2020, within the Southern District of California, defendants DARREN MOSIER, ███ ███, and ███ ███ did knowingly and intentionally possess with intent to distribute, approximately 323 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 9

On or about December 3, 2020, within the Southern District of California, defendant ███ ███ did knowingly and intentionally import 50 grams and more of methamphetamine (actual), to wit: approximately 1,707 grams of methamphetamine (actual), a Schedule II Controlled Substance; into the United States from a place outside

thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 10

On or about March 3, 2021, within the Southern District of California, defendants DAVID VILLEGAS, CHRIS PASCHKE, and CHARLES GERARDI, did knowingly and intentionally possess with intent to distribute, approximately 4,080 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 10 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of the felony offenses alleged in Counts 1 and 4 through 10 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants REYES ESPINOZA, DAVID VILLEGAS, JOHN BOMENKA, DENNIS JONES, DARREN MOSIER, FRANK TUCKER, CHARLES MILLER, ▓▓▓ MARIO ESPINOZA, JARON HILLYER, KRISTINA BROWN, DANNY MILLER, SHAWN MORRILL, ▓▓▓ ▓▓▓, CAMERON GRAFF, ▓▓▓ ▓▓▓, TANSY STEINHAUER, ▓▓▓ ▓▓▓, ▓▓▓ ▓▓▓, JASMINE LUCAS, ▓▓▓ ▓▓▓, ▓▓▓ ▓▓▓, ▓▓▓, FRANK CARRILLO, ▓▓▓, GLORIA SANDOVAL, ▓▓▓ ▓▓▓, JOSEPH OCCHIOGROSSO, GARY BEASLEY, ▓▓▓, ▓▓▓ ▓▓▓, ▓▓▓, ▓▓▓, ▓▓▓, ▓▓▓, ▓▓▓, TERRY

TYLER, ████████, CHRIS PASCHKE, CHARLES GERARDI, CHRISTIAN LOPEZ-VILLEGAS, DAVID SANTA MARIA, MELVIN JOHNSON, DANIEL BABUATA, ████████, ████, ████, ████, ████, GABRIEL ASKAY, ████, ████, ████, ████, HOPE STONEKING, ████████, ████, ████, KELLE FERGUSON, ████████, STEVEN BRANDT, ESTEBAN RUBEN GASTELUM-SANCHEZ, ████ ████, and ████ ████, shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 4 through 10 of this Indictment including but not limited to:

    a. The real property located at 6815 Village Oaks Road NE, Remer MN 56672, more particularly described as: Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6) and Seven (7), Block One (1) and Lot One (1), Block Two (2), Village North Cass County, Minnesota. APN: 39-400-0110; and

    b. $ 11,610.00 U.S. Currency; and

    c. Suzuki GSX1300RAL9 Motorcycle with VIN# JS1GX72B4K7101547; and

    d. 2015 Thor Motorcoach Outlaw motorhome with VIN# 1F66F5DY8E0A12901.

//
//
//
//
//

3. Upon conviction of the offense alleged in Count 2 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants REYES ESPINOZA, DAVID VILLEGAS, JOHN BOMENKA, DENNIS JONES, DARREN MOSIER, and CHRISTIAN LOPEZ-VILLEGAS, shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

4. Upon conviction of the offense alleged in Count 3 of this Indictment, defendant JOHN BOMENKA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, 12 gauge Mossberg shotgun and three shotgun shells.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

DATED: May 25, 2021.

A TRUE BILL:

_____
Foreperson

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney

By: _____
NICOLE BREDARIOL
Special Asst. U.S. Attorney

By: _____
AMY B. WANG
Assistant U.S. Attorney

I hereby attest and certify on May 25, 2021 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ E. Blase
    Deputy